SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
JUAN VALENCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN VALENCIA,<br><br>            Plaintiff,<br><br>    vs.<br><br>EFREN G. GONZALEZ D/B/A BARRIERIA LUPITA NO 2; 7020 VAN NUYS BOULEVARD, LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:23-cv-09440 DMG (PVCx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff JUAN VALENCIA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

//

//

//

| | | |
|---|---|---|
| 1 | DATED:  November 27, 2023 | **SO. CAL EQUAL ACCESS GROUP** |
| 2 | | |
| 4 | | _/s/ Jason J. Kim_ |
| 5 | | JASON J. KIM<br>Attorney for Plaintiff |

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE